739 A.2d 121

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Charles BILLSBOROUGH, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 22, 1999.

Decided Oct. 4, 1999.

Michelle Alfieri, Smethport, for Com.

Charles Billsborough, Pro Se.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the McKean County Court of Common Pleas dated January 1, 1999. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.